COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:    01-13-00447-CR
01-13-00448-CR

Trial court case number:    1356098
1356099

Trial court:    182nd District Court of Harris County

On April 30, 2014, appellant filed his Motion to Modify Time to File Brief and Motion for Record. The motion is **GRANTED**.

The Clerk of this Court is directed to send appellant a copy of the record no later than 15 days from the date of this order. Appellant's brief will be due 45 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
X  Acting individually    ☐ Acting for the Court

Date:  May 6, 2014